UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   02-50755-BKC-
KARL K. ZACHARIAS

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    15.21   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____          _____
                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

KARL K. ZACHARIAS
23 PHEASANT DRIVE
SEYMOUR, CT 06483

MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

ABCO PREMIUM
C/O SECURITY CREDIT SYSTEM INC
1250 HIAGRA ST
BUFFALO, NY 14213

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.   02-50755-BKC-
KARL K. ZACHARIAS

                                          CHAPTER 13


KARL K. ZACHARIAS

23 PHEASANT DRIVE
SEYMOUR, CT 06483


MICHAEL J BROOKS, ESQUIRE
UNION PLANTERS BANK BLDG
10 NW LE JEUNE RD, SUITE 620
MIAMI, FL 33126-5431

ABCO PREMIUM                      ---------$          15.21
C/O SECURITY CREDIT SYSTEM INC
1250 HIAGRA ST
BUFFALO, NY 14213                       UNDELIVERABLE/STALE
                                        CLAIM REGISTER#  1

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130